# United States Court of Appeals
## For the First Circuit

No. 19-1187

ROLANDO PENATE,

Plaintiff, Appellee,

v.

JAMES HANCHETT,

Defendant, Appellant,

ANNE KACZMAREK; KRIS FOSTER; RANDALL E. RAVITZ; JOSEPH BALLOU;
ROBERT IRWIN; RANDY THOMAS; SONJA FARAK; SHARON SALEM; JULIE
NASSIF; LINDA HAN; ESTATE OF KEVIN BURNHAM; STEVEN KENT; JOHN
WADLEGGER; GREGG BIGDA; EDWARD KALISH; and CITY OF SPRINGFIELD,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on December 13, 2019, is
amended as follows:

On page 1, line 19, replace "<u>Circuit Judges.</u>" with "<u>Circuit Judges</u>.".

On page 4, line 20, replace "Chromatographer" with "Chromatograph".

On page 19, line 11, replace "n. 7" with "n.7".